IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:16CR27 |
| vs. | ORDER |
| MICHAEL NUNEZ, | |
| Defendant. | |

This matter is before the Court on defendant's motion to vacate pursuant to 28 U.S.C. § 2255. Filing No. 52. The Court has determined that appointment of counsel is appropriate.

IT IS ORDERED that Terry A. White, 17525 Arbor Street, Omaha, NE 68130, (402) 682-8006, is appointed as attorney of record for the above-named defendant for the balance of the proceedings relating to the pending motion to vacate. The appointment is made pursuant to the Criminal Justice Act. Counsel shall forthwith file an appearance in this matter.

IT IS FURTHER ORDERED that the Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

IT IS FURTHER ORDERED that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and Terry A. White.

Dated this 18th day of June, 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge