IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | **8:16CR27** |
| vs. | |
| MICHAEL NUNEZ, | **JUDGMENT** |
| Defendant. | |

In accordance with the Memorandum and Order (Filing No. 78), Judgment is hereby entered in favor of the plaintiff and against the defendant.

Dated this 31st day of October, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge